DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Allegiant Travel Co.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIE AGNEW, an individual, | Case No.: 2:18-cv-01230-KJD-NJK |
| Plaintiff, | |
| v. | **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |
| ALLEGIANT TRAVEL CO. a corporation; and DOES 1-10, inclusive | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiff MARIE AGNEW and Defendant ALLEGIANT TRAVEL CO., through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 7th day of January, 2019.

| JACKSON LEWIS P.C. | THE LAW OFFICES OF TERRENCE JONES |
|---|---|
| /s/ Joshua A. Sliker | /s/ Terrence Jones |
| DEVERIE J. CHRISTENSEN, ESQ.<br>Nevada Bar No. 6596<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 | TERRENCE JONES, ESQ.<br>(Admitted *pro hac vice*)<br>6737 Bright Avenue<br>Suite B6<br>Whittier, California 90601 |
| *Attorneys for Defendant*<br>*Allegiant Travel Co.* | *Attorneys for Plaintiff*<br>*Marie Agnew* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

Dated: January 10, 2019

JACKSON LEWIS P.C.
LAS VEGAS